IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID AND LINDA CULPEPPER,   )
                             )
            Plaintiffs,      )
                             )  6: 12-cv-969-TC
     v.                      )
                             )  ORDER
WELLS FARGO BANK, N.A.,      )
                             )
            Defendant.       )
_____)

Magistrate Judge Thomas M Coffin has filed his Findings and Recommendation on August 8, 2012. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1    - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Plaintiffs' motion (#5) to remand is denied.

DATED this 29th day of August, 2012.

_____
Michael R. Hogan
United States District Judge

2    - ORDER